**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7698

DAVID CHARLES WILLIS,

Plaintiff - Appellant,

v.

NEWMAN, Officer; GOINS; FRANCIS, Sgt.; RANSOM, Officer;
LAWSON, Sgt.; KILLINSON, Officer; DOCTOR MUSSELMAN; JENKINS,
Lt.; MOORE, Capt.; BRUBAKER, Major,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior
District Judge. (7:08-cv-00422-jlk-mfu)

Submitted: January 15, 2009          Decided: January 22, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Charles Willis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Charles Willis appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Willis v. Newman</u>, No. 7:08-cv-00422-jlk-mfu (W.D. Va. July 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>